UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE TRUJILLO, | ) | Case No. 1:17-cv-00471-DAD-SKO |
| Plaintiff, | ) ) ) | **ORDER APPROVING SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | ) ) | |
| TA OPERATING LLC dba PETRO STOPPING CENTER and HPT TA PROPERTIES TRUST, | ) ) ) ) | **(Doc. 7)** |
| Defendants. | ) ) ) | |

    The Court is in receipt of the "Second Stipulation Extending Time to Respond to Complaint." (Doc. 7.) Pursuant to parties' initial "Stipulation Extending Time to Respond to Complaint" (Doc. 6), Defendant TA Operating LLC dba Petro Stopping Center's and Defendant HPT TA Properties Trust's (collectively "Defendants") responsive pleadings were due June 9, 2017, the same day on which Defendants filed the present request for extension.

    Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date. However, given defense counsel's representations her recent retention and investigation into the

merits of the case (*see* Doc. 7 at 2), and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension.

    IT IS HEREBY ORDERED that Defendants are granted an extension of time, up to and including June 23, 2017, to file their responsive pleadings.

IT IS SO ORDERED.

Dated: __**June 9, 2017**__            /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

ORDER APPROVING SECOND STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT