# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>  v.<br><br>TA OPERATING, LLC, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:17-cv-00471-DAD-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 11)** |

     On July 19, 2017, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action, in which Plaintiff notifies the Court that he "dismisses this action with prejudice in its entirety." (Doc. 11.)  Plaintiff filed this notice before an opposing party served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **July 20, 2017**                                       /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE